# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

IRWIN HICKS, JR,

    Plaintiff,

v.                                        CASE NO. 4:18cv379-RH/GRJ

JULIE L. JONES et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This prisoner slip-and-fall case is before the court on the magistrate judge's report and recommendation, ECF No. 3, and the objections, ECF Nos. 4 and 5. I have reviewed de novo the issues raised by the objections.

As noted in the report and recommendation, the plaintiff has at least three "strikes" under 28 U.S.C. § 1915(g) and has not alleged facts showing that he is in imminent danger of serious physical injury. The plaintiff therefore cannot proceed *in forma pauperis*. Accordingly,

    IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on September 10, 2018.

s/Robert L. Hinkle<br>
United States District Judge